UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| ANGELA JO MOORE and<br>M. PORTER MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>SAXON MORTGAGE SERVICES, INC.,<br>OCWEN LOAN SERVICING, LLC, and<br><br>　　　　Defendants. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Civ. No. 10-CV-00241-JL |

## MOTION FOR LEAVE TO WITHDRAW

**NOW COMES,** Plaintiffs' counsel, BOSTOCK LAW, PLLC, who hereby moves this Honorable Court for leave to withdraw as counsel for the Plaintiffs. In support thereof, it is stated:

1. An attorney may withdraw from a case by serving notice of withdrawal on the client and on all other parties and by filing notice with the clerk's office if (1) there are no motions pending before the court, (2) the case has not been pre-tried, or (3) no trial date has been set. LR 83.6(d). When one or more of these conditions exist, an attorney may only withdraw from a case by leave of court after filing a motion with the clerk's office. Id.

2. Bostock Law, PLLC has represented the Plaintiffs since the commencement of this action.

3. On November 11, 2010, the Plaintiffs informed Plaintiffs' counsel that they wished to terminate their legal representation in this matter.

4. Plaintiffs' counsel has contacted opposing counsel, Attorney Brian Grossman, who "does not oppose" this Motion.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs' counsel requests leave of this Court to withdraw from this matter.

Respectfully submitted,

BOSTOCK LAW, PLLC

Dated: November 15, 2010      By:      /s/ Patrick J. Arnold
Patrick J. Arnold, Esq.
NH Bar No. 19610
92 Portsmouth Avenue, Suite 14
Exeter, New Hampshire 03833
(603) 772-2400
Patrick.Arnold@BostockLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) November 15, 2010.

 /s/ Patrick J. Arnold
Patrick J. Arnold, Esq.