```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Angela Jo Moore et al.

    v.                          Civil No. 10-cv-241-JL

Mortgage Electronic Registration
Systems, Inc., et al.

## PROCEDURAL ORDER

The plaintiffs' motion to amend their complaint (document no. 20) is **GRANTED**, having been filed within the deadline set forth in the scheduling order, see documents no. 8 and 12, and having elicited no objection from the defendants. See Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires."); see also Epstein v. C.R. Bard, Inc., 460 F.3d 183, 190 (noting that Rule 15 establishes a "liberal amendment policy").

Should the defendants desire that the court take up their pending motions to dismiss (documents no. 16 and 17) as to the amended complaint, on the theory that the amended complaint is subject to dismissal on the same grounds as the original complaint, they need only notify the court by **January 28, 2011** (as opposed to filing a new motion). If that happens, the plaintiffs may (but need not) file supplemental objection(s) by **February 11, 2011**, setting forth any additional arguments they

may have based on the amended complaint, and the defendants may (but need not) file a reply to any such supplemental objection(s) by **February 23, 2011.**

    **SO ORDERED.**

                                                    Joseph N. Laplante
                                                    United States District Judge

Dated:   January 21, 2011

cc:   Angela Jo Moore
       M. Porter Moore
       Brian S. Grossman, Esq.
       Christopher A.D. Hunt, Esq.
       Peter G. Callaghan, Esq.