UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Moore et al

        v.                      Civil No. 10-cv-241-JL

Mortgage Electronic Registration Systems, Inc. et al

O R D E R

The Motion for Reconsideration is Granted. The plaintiffs need not apologize for any procedural "mis-steps," and the court attributes no bad faith to their desire for reconsideration. The motion is granted in recognition of their pro se status and recent incapacitation due to illness. The defendants need not respond to the motion for reconsideration unless expressly ordered to do so. If the defendants wish to object to the motion even if not ordered to do so, they should do so quickly, because the court anticipates ruling expeditiously on the motion after full and fair consideration of the plaintiffs' arguments.

    SO ORDERED.

February 8, 2012

                                                                       Joseph N. Laplante
                                                                      Chief Judge

```
cc: Angela Jo Moore (pro se)
    M. Porter Moore (pro se)
    Joshua D. Shakun, Esq.
    Brian S. Grossman, Esq.
    Peter G. Callaghan, Esq.
    Edmund J. Boutin, Esq.
    David A. Scheffel, Esq.
    Eric Epstein, Esq.
```