UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Moore et al</u>

        v.                        Civil No. 10-cv-241-JL

<u>Mortgage Electronic Registration Systems, Inc. et al</u>

### <u>AMENDED ORDER</u>

      The Motion for Reconsideration is Granted.  The plaintiffs need not apologize for any procedural "mis-steps," and the court attributes no bad faith to their desire for reconsideration.  The motion is granted in recognition of their pro se status and recent incapacitation due to illness.  The defendants need not respond to the anticipated motion for reconsideration of the court's order on defendants' motions to dismiss unless expressly ordered to do so. If the defendants wish to object to the motion even if not ordered to do so, they should do so quickly, because the court anticipates ruling expeditiously on the motion after full and fair consideration of the plaintiffs' arguments.

      SO ORDERED.

*[signature: Joe Laplante]*

February 8, 2012                                           _____
                                                       Joseph N. Laplante
                                                       Chief Judge

```
cc: Angela Jo Moore (pro se)
    M. Porter Moore (pro se)
    Joshua D. Shakun, Esq.
    Brian S. Grossman, Esq.
    Peter G. Callaghan, Esq.
    Edmund J. Boutin, Esq.
    David A. Scheffel, Esq.
    Eric Epstein, Esq.
```