UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Angela Jo Moore, et al.</u>

          v.       Civil No. 10-cv-241-JL

<u>Mortgage Electronic Registration Systems, Inc., et al.</u>

**AMENDED JUDGMENT**

  In accordance with the following, Amended Judgment is hereby entered:   Orders dated January 27, 2012, April 25, and June 14, 2013, by Chief Judge Joseph N. Laplante,

              By the Court,

              */s/ James R. Starr*
              James R. Starr
              Clerk of Court

Date: June 14, 2013

cc: Stephen T. Martin, Esq.
   David Fialkow, Esq.
   Michael Stanley, Esq.
   Brian Scott Grossman, Esq.
   Peter Callaghan, Esq.
   David Scheffel, Esq.
   Eric Epstein, Esq.
   Edmund Boutin, Esq.