# United States Court of Appeals
## For the First Circuit

No. 13-1693

ANGELA JO MOORE; M. PORTER MOORE

Plaintiffs - Appellants

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING,
LLC; MORGAN STANLEY ABS CAPITAL I HOLDING CORP.;
MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-HE5; D
EUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

Defendants - Appellees

WMC MORTGAGE CORP.; TITANIUM SOLUTIONS, INC.;
HARMON LAW OFFICES

Defendants

**JUDGMENT**

Entered: September 25, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Brian Scott Grossman
David E. Fialkow
Stephen T. Martin
Scott C. Owens
Michael R. Stanley