# United States Court of Appeals
## For the First Circuit

No. 13-1693

ANGELA JO MOORE; M. PORTER MOORE

Plaintiffs - Appellants

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
SAXON MORTGAGE SERVICES, INC.; OCWEN LOAN SERVICING,
LLC; MORGAN STANLEY ABS CAPITAL I HOLDING CORP.;
MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-HE5; D
EUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

Defendants - Appellees

WMC MORTGAGE CORP.; TITANIUM SOLUTIONS, INC.;
HARMON LAW OFFICES

Defendants

**MANDATE**

Entered: September 25, 2013

    In accordance with the judgment of September 25, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David E. Fialkow
Brian Scott Grossman
Stephen T. Martin
Scott C. Owens
Michael R. Stanley